IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| BRADY H. GODBOUT, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 170248G |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

Plaintiff appealed Defendant's Notice of Proposed Refund Adjustment for the 2016 tax

year, dated April 18, 2017. In its Answer, filed August 10, 2017, Defendant agreed to reverse its

adjustments on the basis of documents originally submitted by Plaintiff with his return. Because

Defendant has agreed to provide Plaintiff with the relief he requested in his Complaint, this case

is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of

Proposed Refund Adjustment for the 2016 tax year, dated April 18, 2017.

Dated this ___ day of August 2017.

 

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final
Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

---

[1] This Final Decision incorporates without change the court's Decision, entered August 11, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

*This document was signed by Magistrate Lundgren and entered on August 28, 2017.*